# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2009

138725

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

UNIVERSITY OF MICHIGAN REGENTS,
      Plaintiff-Appellant,

v

AUTOMOBILE CLUB INSURANCE
ASSOCIATION,
      Defendant-Appellee.

SC: 138725
COA: 281917
Jackson CC: 06-005897-NF

_____/

      On order of the Court, the application for leave to appeal the March 12, 2009 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *University of Michigan Regents v Titan Ins Co* (Docket No. 136905) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2009

_____
Clerk

p1116